# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00481-CV

**Samsung Electronics America, Inc., Appellant**

**v.**

**Economy Preferred Insurance Company A/S/O Katherine Bryson, Appellee**

---

### FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
### NO. C2024-1758D, THE HONORABLE DIB WALDRIP, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Samsung Electronics America, Inc. has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed on Appellant's Motion

Filed: September 25, 2025